IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL JAMES CROSSNO**     **PLAINTIFF**
ADC #115850

v.     No. 5:13-cv-285-DPM-HDY

**RAY HOBBS**     **DEFENDANT**
Director, Arkansas Department of
Correction

### ORDER

I recuse. Defendant's attorney, Kathryn Elizabeth Henry, has served as my law clerk. The Clerk shall reassign this case at random.

_____
D.P. Marshall Jr.
United States District Judge

19 September 2013